DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BILLY RAY SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3411

[January 29, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank D. Ledee, Judge; L.T. Case No. 93-3063-CF-10A.

Billy Ray Smith, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***